Wilson P. Foss, Jr., et al., Respondents, *v.* Charles E. Riordan, as Administrator de Bonis non cum Testamento Annexo of John J. Riordan, Jr., Deceased, Appellant.

Submitted May 17, 1948; decided June 4, 1948.

*Herbert Noble* and *Myron Butler* for motion.
*Lester Kissel* and *Robert L. Clare, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if, and when, a judgment has been entered upon the order of the Appellate Division.